NOTICE TO COUNSEL:

To enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) business, company, or corporation shall submit at the time of initial pleading this statement of corporate affiliations and financial interest.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHANIE ANDREWS, et al., on behalf of themselves and all others

v.

LANDS' END, INC. and LANDS' END OUTFITTERS, INC.

Case No. 3:19-cv-1066-JDP

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

I, the undersigned counsel of record for Lands' End Outfitters, Inc., make the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

   ☐ YES   ☒ NO

   If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

   _____

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

   ☐ YES   ☒ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:

   _____

U. Gwyn Williams                                March 05, 2020
_____                     _____
Signature of Counsel                            Date

4/19/11