## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GWYNETH GILBERT, MONICA DECRESCENTIS and STEPHANIE ANDREWS, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LANDS' END, INC. and LANDS' END OUTFITTERS, INC.,<br><br>Defendants. | Consolidated Civil Action No. 3:19-cv-823-JDP |

## CONSENT MOTION FOR LEAVE TO ADD AND REMOVE PLAINTIFFS
## TO AND FROM THE CONSOLIDATED CLASS ACTION COMPLAINT

Plaintiffs and class representatives Gwyneth Gilbert, et al., on behalf of themselves and all others similarly situated (collectively the "Plaintiffs"), by their attorneys, seek leave to add two (2) new plaintiffs to, and remove eight (8) plaintiffs from, the Consolidated Class Action Complaint. In support of this Motion, Plaintiffs state:

1. On May 20, 2020, Plaintiffs filed their Consolidated Class Action Complaint against Defendants Lands' End, Inc. and Lands' End Outfitters, Inc. (collectively the "Defendants"), which listed 1,162 plaintiffs (including class representatives). Doc. 48.

2. On December 23, 2020, an Amended Consent Motion for Leave to Add New Plaintiffs to the Consolidated Class Action Complaint was filed listing sixty-three (63) prospective plaintiffs. Doc. 94. On December 29, 2020, the Court granted said motion. Doc. 97.

    3.    On December 23, 2020, a Consent Motion to Dismiss Named Plaintiffs was filed listing two-hundred and eighteen (218) prospective plaintiffs.  Doc. 93.  On December 29, 2020, the Court granted said motion.  Doc. 97.

    4.    Since the filing of those prior motions, Plaintiffs' counsel has resolved clerical errors with two (2) additional prospective plaintiffs who have asked to join this consolidated lawsuit and have timely completed the "Plaintiff Questionnaire".  A complete list and description of Plaintiffs to be added is attached as Exhibit 1.  The Defendants have no objection to this request.

    5.    The Federal Rules of Civil Procedure permit the court to freely add or remove parties.  Fed. R. Civ. P. 21 states that "the court may at any time, on just terms, add or drop a party."  Fed. R. Civ. P. 15 states that "a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires."

    6.    On January 19, 2020, the final deadline passed for certain plaintiffs to provide Lands' End with a completed "Plaintiff Questionnaire" as referenced in Doc. 93.  All but eight (8) complied.  A complete list of Plaintiffs to be dismissed is attached as Exhibit 2.

    7.    The Motion does not modify or alter any substantive allegation in the complaint, it only changes the number of plaintiffs in the consolidated case.

    WHEREFORE, Plaintiffs respectfully request that the Court enter an order allowing the two (2) prospective plaintiffs to join the case and the eight (8) plaintiffs to be removed.

Dated: January 26, 2021

        **TERRELL HOGAN YEGELWEL, P.A.**

*/s/ Bruce A. Maxwell*_____
**Bruce A. Maxwell**
Admitted to the U.S. Supreme Court: 03/29/1993
**Bradley Bodiford**
(Admitted *Pro Hac Vice*)
Terrell Hogan Yegelwel, P.A.
233 East Bay Street, 8th Floor
Jacksonville, Florida 32202
(904) 632-2424
Maxwell@terrellhogan.com
Bodiford@terrellhogan.com
kdavid@terrellhogan.com

-and-

**NAGEL RICE, LLP**

*/s/ Bruce H. Nagel*___
**Bruce H. Nagel**
(Admitted *Pro Hac Vice*)
Randee M. Matloff
(Admitted *Pro Hac Vice*)
103 Eisenhower Parkway
Roseland, New Jersey 07068
973.618.0400
bnagel@nagelrice.com
rmatloff@nagelrice.com

-and-

**URBAN & TAYLOR, S.C.**

*/s/ Jay Urban*_____
**Jay Urban**
Wisconsin Bar No.: 1018098
The Urban Taylor Law Building
4701 N. Port Washington Road
Milwaukee, Wisconsin 53212
(414) 906-1700
jurban@wisconsininjury.com
rscarletta@wisconsininjury.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of January 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

> */s/ Bruce A. Maxwell*
> Bruce A. Maxwell
> Admitted to the U.S. Supreme Court:
> 3/29/1993
> Terrell Hogan Yegelwel, P.A.
> 233 East Bay Street, 8th Floor
> Jacksonville, Florida 32202
> (904) 632-2424