# EXHIBIT 1

## SUPPLEMENT TO THE THIRD AMENDED
## <u>APPENDIX A FILED ON MAY 20, 2020</u>

1211.  Plaintiff, BRANDIS SCOGGINS, a flight attendant, is a resident and citizen of New York and is currently domiciled in Bronx, New York. For purpose of 28 U.S.C. § 1332, Plaintiff, BRANDIS SCOGGINS is a citizen of New York. Plaintiff, BRANDIS SCOGGINS is an employee of Delta, and symptoms include skin irritation, itchiness, skin rashes, hives, bruising, difficulty breathing, coughing, vocal cord dysfunction, tightness of chest, sinus irritation and anxiety that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1212.  Plaintiff, GWENDOLYN MADISON, a flight attendant, is a resident and citizen of Georgia and is currently domiciled in Atlanta, Georgia. For purpose of 28 U.S.C. § 1332, Plaintiff, GWENDOLYN MADISON is a citizen of Georgia. Plaintiff, GWENDOLYN MADISON is an employee of Delta, and symptoms include skin irritation, severe itchiness, difficulty breathing, coughing, fatigue, headaches, skin rashes, vocal cord dysfunction, tightness of chest, anxiety, and trouble concentrating that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.