# EXHIBIT 2

**Named Plaintiffs to be Dismissed**

1. Kim Faires, Dkt 48-1 ("Third Amended Appendix A") ¶ 326

2. Jayne Grant, "Third Amended Appendix A" ¶ 401

3. Gwendolyn Madison, "Third Amended Appendix A" ¶ 651

4. Hannah Orme, "Third Amended Appendix A" ¶ 802

5. Caroline Vangrieken, "Third Amended Appendix A" ¶ 1085

6. Michelle Warner, "Third Amended Appendix A" ¶ 1096

7. Christopher Waz, "Third Amended Appendix A" ¶ 1098

8. Maria Young, "Third Amended Appendix A" ¶ 1139