IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GWYNETH GILBERT and MICHAEL MARTE, on behalf of themselves and the Putative Class,<br><br>Plaintiffs,<br><br>v.<br><br>LANDS' END, INC.,<br><br>Defendant. | Civil Action No. 3:19-cv-00823-jdp |
| STEPHANIE ANDREWS, et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LANDS' END, INC. and LANDS' END OUTFITTERS, INC.<br><br>Defendants. | Civil Action No. 3:19-cv-01066-jdp |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

COME NOW the Parties by and through the undersigned counsel and file this Joint Notice of Settlement in Principle advising the Court that the Parties have reached an agreement in principle to resolve the remaining claims in this action. The Parties agree that there are no remaining claims to litigate; the Parties will execute formal settlement agreements and file related dismissal papers.

Dated: July 19, 2023

Respectfully submitted,

<u>s/ Bruce A. Maxwell</u>
**Bruce A. Maxwell**
Admitted to the U.S. Supreme Court: 03/29/1993
**Bradley Bodiford**
*(Admitted Pro Hac Vice)*
Terrell Hogan Yegelwel, P.A.
233 East Bay Street, 8th Floor
Jacksonville, Florida 32202
(904) 632-2424
Maxwell@terrellhogan.com
Bodiford@terrellhogan.com

*Attorneys for Plaintiffs*


<u>s/ Gwyn Williams</u>
Gwyn Williams (*pro hac vice*)
Avery E. Borreliz (*pro hac vice*)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: 617.948.6000
Facsimile: 617.948.6001
gwyn.williams@lw.com
avery.borreliz@lw.com

*Attorneys for Defendant
Lands' End, Inc.*