IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GWYNETH GILBERT, et al.,

                Plaintiffs,

v.

                                            19-cv-823-jdp

LANDS' END, INC.,

                Defendant.

---

STEPHANIE ANDREWS, et al.,

                Plaintiffs,

v.

LANDS' END, INC. and                              19-cv-1066-jdp
LANDS' END OUTFITTERS, INC.,

                Defendants.

---

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Lands' End, Inc. and Lands' End Outfitters, Inc. as to the entirety of these actions and Plaintiffs shall take nothing for their claims. In accordance with this Court's August 18, 2021 Order granting Defendant's Motion for Partial Summary Judgment, judgment is entered for Defendants on Plaintiffs' breach of express warranty claim arising under the theory that Plaintiffs were not "100% satisfied" with the uniforms in dispute. Likewise, for the reasons set forth in this Court's July 8, 2022 Order granting Defendant's Motion for Summary Judgment, judgment is entered for Defendants on Plaintiffs'

personal-injury claims, no matter the cause of action on which such claims are based. Finally, in accordance with the Parties' settlement agreement and this Court's October 4, 2023 Order, all of Plaintiffs' property-damage claims, no matter the cause of action, are dismissed with prejudice. There being no remaining claims before this Court, Plaintiffs' Amended Consolidated Complaint is dismissed in its entirety and with prejudice.

Approved as to form this 16th day of February, 2024.

_____
James D. Peterson
District Judge


_by (illegible) Deputy Clerk_____        ___2/20/2024___
Joel Turner                                Date
Clerk of Court